FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

CHARLENE NERGER, an individual, and STACY HAMILTON, an individual,

Plaintiffs,

v.

FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN,

Defendant.

No. 2:25-CV-00191-SAB

**ORDER RE: MOTION FOR RECONSIDERATION, MOTION TO COMPEL, AND MOTION TO EXTEND DEADLINES**

A status conference in the above-captioned matter was held on May 21, 2026, over videoconference. Plaintiffs were represented by David Fadduol. Defendant was represented by Joanne T. Blackburn.

At the hearing, the Court addressed several pending motions.

First, the Court denied Defendant's Motion for Reconsideration, ECF No. 25, regarding its previous denial of the parties' Stipulated Motion for Protective Order. The Court indicated the parties could confer to develop an agreement regarding the treatment of confidential materials, but the Court would not get involved in such an agreement. The parties may file a motion to seal in the event that protected information must be filed in the official record.

Next, regarding Plaintiff's Motion to Compel, ECF No. 23, the Court

**ORDER RE: MOTION FOR RECONSIDERATION, MOTION TO COMPEL, AND MOTION TO EXTEND DEADLINES * 1**

ordered Defendant to supplement its answers to Interrogatories 1 and 2 and confirm whether responsive documents were withheld in response to Request for Production 3. Regarding the remaining requests in the Motion to Compel, the parties indicated these issues could be resolved through a private confidentiality agreement not filed with the Court.

Lastly, the Court granted the parties' Stipulated Motion to Extend Deadlines, ECF No. 35.

This Order memorializes the Court's oral rulings.

Accordingly, **IT IS HEREBY ORDERED**:

1.   Defendant's Motion for Reconsideration, ECF No. 25, is **DENIED**.

2.   Plaintiff's Motion to Compel, ECF No. 23, is **GRANTED**.

  a. Within 14 days from the entry of this Order, Defendant shall provide supplemental responses to Interrogatories 1 and 2 and confirm whether responsive documents were withheld in response to Request for Production 3.

  b. Within 14 days from the entry of this Order, the parties shall meet and confer regarding a private confidentiality agreement to address the remaining discovery disputes addressed in the Motion to Compel.

3.   The parties' Stipulated Motion to Extend Deadlines, ECF No. 35, is **GRANTED**.

  a. The discovery deadline set for May 4, 2026, is **RESET** for **July 10, 2026**.

  b. The dispositive motion deadline set for May 12, 2026, is **RESET** for **July 24, 2026**.

//

//

//

**ORDER RE: MOTION FOR RECONSIDERATION, MOTION TO COMPEL, AND MOTION TO EXTEND DEADLINES \* 2**

4.    The parties' Motion to Expedite, ECF No. 36, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and set case management deadlines accordingly.

**DATED** this 22nd day of May 2026.



Stan Bastian
Chief United States District Judge

**ORDER RE: MOTION FOR RECONSIDERATION, MOTION TO COMPEL, AND MOTION TO EXTEND DEADLINES \* 3**